**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **BILLY JAMES VICKNAIR #617118** | **CASE NO. 5:25-CV-01198 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **FAMILY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], Plaintiff Billy James Vicknair's written and filed objections thereto [Doc. No. 11], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Billy James Vicknair's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE